# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BHUPINDER S. SAINI, M.D., | |
| Plaintiff, | Case No. 16-CV-1724-JPS |
| v. | |
| PENN MUTUAL LIFE INSURANCE COMPANY, WILLIAM J. HOWARD, and DANIEL ROONEY, | |
| | **ORDER** |
| Defendants. | |

On September 5, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to either party. (Docket #34). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #34) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED** with prejudice and without costs to any party.

Dated at Milwaukee, Wisconsin, this 6th day of September, 2017.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge